# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

160864

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DWANITA McDADE,
       Plaintiff-Appellee,

v

PROGRESSIVE INSURANCE COMPANY and
PROGRESSIVE DIRECT INSURANCE
COMPANY,
       Defendants,

and

PROGRESSIVE UNIVERSAL INSURANCE
COMPANY,
       Defendant-Appellant.

SC: 160864
COA: 345179
Wayne CC: 18-004003-NF

_____/

On order of the Court, the application for leave to appeal the December 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



a0520

Clerk